UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
**Eastern Division**

Jarrett Fusilier

          Plaintiff,

v.                 Case No.: 1:17−cv−06394
                Honorable Sharon Johnson Coleman

Rizza Buick GMC Cadillac, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2017:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/29/2017. Parties have reached a settlement. This action is dismissed without prejudice for 30 days. If no motion to reinstate is filed by 12/29/2017, the dismissal shall automatically convert to one with prejudice with no further action by the court. Civil case terminated. Mailed notice (rth)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.